UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PHILIP PIDOT, NANCY HAWKINS and
STEVEN AXELMAN, individually and as
representatives of eligible Republican Party voters in
Suffolk, Nassau and Queens Counties within
New York's Third Congressional District,

       Plaintiffs,

  v.               16-CV-859
                    (FJS/CFH)

NEW YORK STATE BOARD OF ELECTIONS;
SUFFOLK COUNTY BOARD OF ELECTIONS;
NASSAU COUNTY BOARD OF ELECTIONS;
BOARD OF ELECTIONS IN THE CITY OF
NEW YORK; PETER KOSINSKI and DOUGLAS
KELLNER, in their official capacities as
Commissioners and Co-Chairs of the New York
State Board of Elections; ANDREW J. SPANO
and GREGORY P. PETERSON, in their official
capacities as Commissioners of the New York
State Board of Elections; TODD D. VALENTINE
and ROBERT A. BREHM, in their official
capacities as Co-Executive Directors of the New
York State Board of Elections; and JACK
MARTINS,

       Defendants.

---

| APPEARANCES | OF COUNSEL |
|---|---|
| **STROOCK & STROOCK & LAVAN LLP**<br>180 Maiden Lane<br>New York, New York 10038<br>Attorneys for Plaintiffs | **JAMES L. BERNARD, ESQ.** |

**SCULLIN, Senior Judge**

**ORDER**

On July 14, 2016, Plaintiffs commenced this action by filing a complaint. *See* Dkt. No. 1. Plaintiffs also filed a "Notice to Court that Action Involves Challenge to Constitutionality of Federal Statute" pursuant to Rule 5.1(a)(1)(A) of the Federal Rules of Civil Procedure. *See* Dkt. No. 2.

Pursuant to Rule 5.1(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2403, the Court hereby

**CERTIFIES** to the Attorney General of the United States that Plaintiffs challenge the constitutionality of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"), 52 U.S.C. § 20302, as amended by the Military and Overseas Voter Empowerment Act ("MOVE Act"), as applied to them. Specifically, Plaintiffs allege that UOCAVA is unconstitutional to the extent that it is construed to limit this Court's power to schedule a vote for the Republican federal primary election for New York's Third Congressional District on a date that would conflict with UOCAVA's requirement, provided for in 52 U.S.C. § 20302(a)(8), that timely requested military and overseas ballots be mailed not later than 45 days before a covered election.

Dated: July 19, 2016
       Syracuse, New York

                                                 Frederick J. Scullin, Jr.
                                                 Senior United States District Judge