# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x
:
PHILIP PIDOT and NANCY HAWKINS, individually :
and as representatives of eligible Republican Party voters :
in Suffolk, Nassau and Queens County within New : Civil Action No. 16-cv-3527-JFB-ARL
York's Third Congressional District, :
:
            Plaintiffs, : **NOTICE OF**
   -against- : **VOLUNTARY DISMISSAL**
:
NEW YORK STATE BOARD OF ELECTION; PETER :
KOSINSKI and DOUGLAS KELLNER, in their official :
capacities as Co-Chairs of the New York State Board of :
Elections; ANDREW J. SPANO and GREGORY P. :
PETERSON, in their official capacities as Commissioners :
of the New York State Board of Elections; TODD D. :
VALENTINE and ROBERT A. BREHM, in their official :
capacities as Executive Directors of the New York State :
Board of Elections; and JACK MARTINS, :
:
            Defendants. :
------------------------------------- x

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Philip Pidot and Nancy Hawkins, individually

and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens County

within New York's Third Congressional District hereby dismiss this action without prejudice

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 5, 2016                         **STROOCK & STROOCK & LAVAN LLP**

                                            By:  */s/ Jerry H. Goldfeder*
                                                 Jerry H. Goldfeder
                                                 David V. Simunovich
                                                 180 Maiden Lane
                                                 New York, New York 10038
                                                 (212) 806-5857
                                                 jgoldfeder@stroock.com

                                                 *Counsel for Plaintiffs*