# EXHIBIT 4

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:16-cv-03527-JFB-ARL

| | |
|---|---|
| Pidot et al v. New York State Board of Elections et al | Date Filed: 06/27/2016 |
| Assigned to: Judge Joseph F. Bianco | Date Terminated: 07/06/2016 |
| Referred to: Magistrate Judge Arlene R. Lindsay | Jury Demand: None |
| Cause: 28:1343 Violation of Civil Rights | Nature of Suit: 441 Civil Rights: Voting |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Philip Pidot**
*individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens County within New York's Third Congressional District,*

represented by **David V. Simunovich**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212)806-5400
Fax: (212)806-6006
Email: dsimunovich@stroock.com
*ATTORNEY TO BE NOTICED*

**Jerry H. Goldfeder**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212)806-5400
Fax: (212)806-6006
Email: jgoldfeder@stroock.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Hawkins**
*individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens County within New York's Third Congressional District,*

represented by **David V. Simunovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jerry H. Goldfeder**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York State Board of Elections**

represented by **Brian Lee Quail**
NYS Board of Elections
40 N Pearl Street
Floor 5
Albany, NY 12207
518-473-5088
Fax: 518-486-4066
Email: brian.quail@elections.ny.gov

*LEAD ATTORNEY*

**William John McCann , Jr.**
NYS Board of Elections
40 North Plearl Street, Suite 5
Albany, NY 12207
518-474-2063
Fax: 518-486-6627
Email: william.mccann@elections.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Peter Kosinski**
*in their official capacities as Co-Chairs of the New York State Board of Elections*

represented by **William John McCann , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lee Quail**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Douglas Kellner**
*in their official capacities as Co-Chairs of the New York State Board of Elections*

represented by **Brian Lee Quail**
(See above for address)
*LEAD ATTORNEY*

**William John McCann , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas A. Kellner**
Kellner Herlihy Getty & Friedman LLP
470 Park Avenue South - 7th Floor
New York, NY 10016
212-889-2821
Fax: 212-684-6224
Email: dak@khgflaw.com
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Andrew J. Spano**
*in their official capacities as Commissioners of the New York State Board of Elections*

represented by **Brian Lee Quail**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William John McCann , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

| | | |
|---|---|---|
| **Gregory P. Peterson**<br>*in their official capacities as Commissioners of the New York State Board of Elections* | represented by | **William John McCann , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Lee Quail**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Todd D. Valentine**<br>*in their official capacities as Executive Directors of the New York State Board of Elections* | represented by | **William John McCann , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Lee Quail**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Robert A. Brehm**<br>*in their official capacities as Executive Directors of the New York State Board of Elections* | represented by | **Brian Lee Quail**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**William John McCann , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Jack Martins** | represented by | **Joseph Nocella**<br>Law Office of Joseph Nocella<br>3972 Franklin Ave<br>Seaford, NY 11783<br>516-537-2540<br>Fax: 516-572-2789<br>Email: josephnocellajr@gmail.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2016 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Nancy Hawkins, Philip Pidot. (Attachments: # 1 Civil Cover Sheet) (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 2 | Summons Issued as to New York State Board of Elections. (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 3 | Summons Issued as to Peter Kosinski. (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 4 | Summons Issued as to Douglas Kellner. (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 5 | Summons Issued as to Andrew J. Spano. (Kanellopoulos, John) (Entered: 06/28/2016) |

| | | |
|---|---|---|
| 06/27/2016 | 6 | Summons Issued as to Gregory P. Peterson. (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 7 | Summons Issued as to Todd D. Valentine. (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 8 | Summons Issued as to Robert A. Brehm. (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 9 | Summons Issued as to Jack Martins. (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 10 | Unsigned Order to Show Cause by Nancy Hawkins, Philip Pidot (Attachments: # 1 Declaration) (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | | FILING FEE: $ 400.00, receipt number 20516 (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/27/2016 | 11 | ORDER: As set forth on the record, plaintiffs did not serve the defendants and confirmed that they are not seeking to enjoin the primary election scheduled to take place tomorrow but rather are seeking, inter alia, to enjoincertification of a Republican candidate as it relates to the general election ballot for Representative in Congress for New York's Third Congressional District. The Court has directed plaintiffs to serve the complaint and accompanying papers (and this Order) on the defendants by tomorrow andhas scheduled a conference for 10:45 a.m. on Wednesday, June 29, 2016, to give defendants an opportunity to be heard regarding the Order to Show Cause. The Court does not believe that any temporary restraining order is necessary as plaintiffs have not demonstrated, in light of the fact that the primary is going to place tomorrow, any irreparable harm that will occur by Wednesdaymorning in the absence of an injunction related to the general election ballot.. Ordered by Judge Joseph F. Bianco on 6/27/2016. (Bollbach, Jean) (Entered: 06/28/2016) |
| 06/27/2016 | 12 | Pro Se Consent to Electronic Notification by Philip Pidot (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/28/2016 | 13 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Kanellopoulos, John) (Entered: 06/28/2016) |
| 06/28/2016 | 14 | NOTICE of Appearance by Brian Lee Quail on behalf of Robert A. Brehm, Douglas Kellner, Peter Kosinski, New York State Board of Elections, Gregory P. Peterson, Andrew J. Spano, Todd D. Valentine (aty to be noticed) (Quail, Brian) (Entered: 06/28/2016) |
| 06/28/2016 | 15 | NOTICE of Appearance by William John McCann, Jr on behalf of Robert A. Brehm, Douglas Kellner, Peter Kosinski, New York State Board of Elections, Gregory P. Peterson, Andrew J. Spano, Todd D. Valentine (aty to be noticed) (McCann, William) (Entered: 06/28/2016) |
| 06/29/2016 | 16 | NOTICE of Appearance by Douglas A. Kellner on behalf of Douglas Kellner (aty to be noticed) (Kellner, Douglas) (Entered: 06/29/2016) |
| 06/29/2016 | 17 | Minute Entry for proceedings held before Judge Joseph F. Bianco:order to show cause held on 6/29/2016, motin response by 7/5/16, reply by 7/7/16 ( oral argument set for 7/11/2016 01:30 PM in Courtroom 1020 before Judge Joseph F. Bianco.) (Tape #ftr 11:09 - 11:59.) (Bollbach, Jean) (Entered: 06/29/2016) |

| | | |
|---|---|---|
| 06/29/2016 | 18 | SUMMONS Returned Executed by Philip Pidot. Jack Martins served on 6/27/2016, answer due 7/18/2016; Todd D. Valentine served on 6/27/2016, answer due 7/18/2016. (Bollbach, Jean) (Entered: 06/29/2016) |
| 06/29/2016 | 19 | First Motion to Appear by Telephone by Robert A. Brehm, Douglas Kellner, Peter Kosinski, New York State Board of Elections, Gregory P. Peterson, Andrew J. Spano, Todd D. Valentine. (McCann, William) (Entered: 06/29/2016) |
| 06/30/2016 | 20 | NOTICE of Appearance by Joseph Nocella on behalf of Jack Martins (aty to be noticed) (Nocella, Joseph) (Entered: 06/30/2016) |
| 06/30/2016 | | ORDER granting 19 Motion to Appear by Telephone. The Court has received defendant New York State Board of Elections and related defendants' request to participate telephonically at the oral argument scheduled for July 11, 2016. The request is granted. IT IS HEREBY ORDERED that defendant New York State Board of Elections and related defendants may participate telephonically at the oral argument scheduled for July 11, 2016. SO ORDERED. Ordered by Judge Joseph F. Bianco on 6/30/2016. (Dolecki, Lauren) (Entered: 06/30/2016) |
| 07/05/2016 | 21 | NOTICE of Appearance by Jerry H. Goldfeder on behalf of All Plaintiffs (aty to be noticed) (Goldfeder, Jerry) (Entered: 07/05/2016) |
| 07/05/2016 | 22 | NOTICE of Appearance by David V. Simunovich on behalf of All Plaintiffs (aty to be noticed) (Simunovich, David) (Entered: 07/05/2016) |
| 07/05/2016 | 23 | NOTICE of Voluntary Dismissal by Nancy Hawkins, Philip Pidot (Goldfeder, Jerry) (Entered: 07/05/2016) |
| 07/05/2016 | 24 | First MOTION to Intervene *by Macedo, et. al. filed on behalf of John Ciampoli with his permission* by Jack Martins. (Attachments: # 1 Appendix Timeline, # 2 Exhibit Exhibits A&B, # 3 Exhibit Exhibit C part 1 of 4, # 4 Exhibit Exhibit C part 2 of 4, # 5 Exhibit Exhibit C part 3 of 4, # 6 Exhibit Exhibit C part 4 of 4) (Nocella, Joseph) (Entered: 07/05/2016) |
| 07/05/2016 | 25 | Letter MOTION to Dismiss *and Brief in Opposition* by Jack Martins. (Nocella, Joseph) (Entered: 07/05/2016) |
| 07/06/2016 | 26 | ORDER DISMISSING CASE voluntarily without prejudice. The clerk of the court shall close the case.. Ordered by Judge Joseph F. Bianco on 7/6/2016. (Bollbach, Jean) (Entered: 07/06/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/20/2016 16:45:00 | | | |
| **PACER Login:** | ss0002:2639320:0 | **Client Code:** | 005521-0002 |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-03527-JFB-ARL |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |