UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
===============================================X

| | |
|---|---|
| PHILIP PIDOT, NANCY HAWKINS and STEVEN AXELMAN, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens Counties within New York's Third Congressional District,<br><br>                                  Plaintiffs,<br><br>    -against-<br><br>NEW YORK STATE BOARD OF ELECTIONS; SUFFOLK COUNTY BOARD OF ELECTIONS; NASSAU COUNTY BOARD OF ELECTIONS; BOARD OF ELECTIONS IN THE CITY OF NEW YORK; PETER KOSINSKI and DOUGLAS KELLNER, in their official capacities as Commissioners and Co-Chairs of the New York State Board of Elections; ANDREW J. SPANO and GREGORY P. PETERSON, in their official Capacities as Commissioners of the New York State Board of Elections; TODD D. VALENTINE and ROBERT A. BREHM, in their official capacities as Co-Executive Directors of the New York State Board of Elections; and JACK MARTINS,<br><br>                                  Defendants. | Civil Action No.:<br>16-cv- 859<br>(FJS) (CFH)<br><br>**RESPONSE TO PLAINTIFFS' ORDER TO SHOW CAUSE BY NASSAU COUNTY BOARD OF ELECTIONS** |

===============================================X

      Nassau County Board of Elections, by its undersigned counsel, respectfully submits this response to the plaintiffs' Order to Show Cause, which seeks an Order directing a Republican Party primary election for New York's Third Congressional District.

      The Nassau County Board of Elections (the "Nassau Board") takes no position on the Plaintiffs' application to the Court. By law it cannot do so unless both Commissioners of the Board -- one from each of the two major political parties -- agree.

      The Nassau Board will abide by whatever decision is rendered by the Court.

      The Commissioners of the Nassau Board have set forth their individual views in the

1

Declarations that are attached to this submission.

Dated: Mineola, New York
August 5, 2016

Respectfully submitted,

CARNELL T. FOSKEY
Nassau County Attorney

By: _____
Alpa Sanghvi
Deputy County Attorney
One West Street
Mineola, NY 11501
(516) 571-0179

2