UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| PHILIP PIDOT, NANCY HAWKINS and STEVEN AXELMAN, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens Counties within New York State's Third Congressional District, | : : : : : : : : | |
| Plaintiffs, | : : | |
| -against- | : : : | **No. 16-cv-859 (FJS/CFH)** |
| NEW YORK STATE BOARD OF ELECTIONS; SUFFOLK COUNTY BOARD OF ELECTIONS; NASSAU COUNTY BOARD OF ELECTIONS; BOARD OF ELECTIONS IN THE CITY OF NEW YORK; PETER KOSINSKI and DOUGLAS KELLNER, in their official capacities as Commissioners and Co-Chairs of the New York State Board of Elections; ANDREW J. SPANO and GREGORY P. PETERSON, in their official capacities as Commissioners of the New York State Board of Elections; TODD D. VALENTINE and ROBERT A. BREHM, in their official capacities as Executive Directors of the New York State Board of Elections; and JACK MARTINS. | : : : : : : : : : : : : : : : | |
| Defendants. | : : | |

------------------------------------------------------------------------

### DEFENDANT JACK MARTINS' NOTICE OF CROSS-MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND/OR 12(b)(6)

**PLEASE TAKE NOTICE**, that upon the accompanying papers, Memorandum of Law, any exhibits attached thereto, and upon proceedings heretofore had, Defendant Jack Martins, by his attorneys, DerOhannesian & DerOhannesian, will move this Court, before the Honorable Frederick J. Scullin, Jr., in the United States District Court for the Northern District of New York, for an Order for Judgment as a Matter of Law pursuant to Rule 12(b)(1) of the Federal

Rules of Civil Procedure because the Court lacks subject matter jurisdiction and/or 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim upon which relief can be granted, and that the Complaint be dismissed in its entirety with prejudice, together with such other and further relief that this Court deems just and proper.

Dated: August 5, 2016
       Albany, New York

                                        Respectfully submitted,

                                        <u>/s/ Paul DerOhannesian II</u>

                                        Paul DerOhannesian II (Bar Roll 104792)
                                        Danielle R. Smith (Bar Roll 517775)
                                        DerOhannesian & DerOhannesian
                                        677 Broadway, Suite 707
                                        Albany, New York 12207

                                        *Attorneys for Defendant Jack Martins*

cc:     All Counsel of Record (via ECF)