# EXHIBIT C

# Team Gallo Introduces City Council Slate

By **Jill Nossa**  -  June 27, 2015

Tony Gallo's slate of City Council candidates is a group comprised of longtime Glen Covers, each of whom brings to the team a unique combination of key talents and experience.

Efraim Spagnoletti is running for re-election to the Glen Cove City Council and hopes to continue his work repairing fiscal mismanagement and scrutinizing city spending and finances. Spagnoletti was previously with the U.S. Securities and Exchange Commission and is now the senior vice president and chief compliance officer with a global investment and asset management firm.



Carlos Shimabukuro is a decorated veteran with 13 years of military service. A proven business leader with 18 years of management experience, he is the current director of operations at Estee Lauder Co. Shimabukuro has served the nation and now wants to serve Glen Cove by restoring efficiency to city operations and bringing corporate best practices to city government.

Nancy Hawkins is a former Wall Street money market broker and current associate broker with Daniel Gale Sotheby. After graduating from Dickinson College, Hawkins returned to Glen Cove to raise her three children, who are fifth-generation Glen Covers. She is part of the Hawkins Cove Oil/E.G. Hawkins Plumbing Co., a Glen Cove family business founded in the 1930s. With many young people and their families

leaving Long Island, Hawkins wants to work hard to lower taxes, reduce spending and keep Glen Cove a family community.

Roderick Watson, a life-long resident of Glen Cove and graduate of Glen Cove High School, received his B.A. from Hofstra University and master's in social work from Stony Brook University. As a licensed medical social worker at the NY State Veterans home in Jamaica, Queens, Watson understands the needs and struggles of the nation's veterans and hopes to advocate for veterans here in Glen Cove.

Philip "Flip" Pidot is a former fraud investigator for Arthur Andersen and equity analyst for Boyar Asset Management. He was also a 2006 Republican candidate for New York State Senate. Additionally, Pidot is the founder and CEO of American Civics Exchange, a developer of exchange-traded policy-linked futures contracts.

John Perrone is a 30-year resident of Glen Cove and has served for more than 12 years as a member of the planning and zoning boards under several previous mayoral administrations. A successful insurance broker with State Farm in Oyster Bay, Perrone has served the local community for more than three decades and understands first-hand the uphill battle small businesses in Glen Cove face.

This multi-talented team looks forward to bringing their experience and abilities to Glen Cove government and joins Tony Gallo on the ballot in the Republican Primary, which is on Sept. 10. For more information, visit www.tonygallojr.com.

**Jill Nossa**

http://www.glencoverecordpilot.com