# EXHIBIT D




You Are Cordially Invited to Attend
The Honorable

# Anthony Gallo, Jr.'s

## ★ Fundraiser ★

-With your support-
The next Mayor of Glen Cove
And
Team Gallo
★Councilman Efraim Spagnoletti
★Nancy Hawkins
★Roderick Watson
★Carlos Shimabukuro
★Phillip Pidot
★John Perrone

@ The Metropolitan
Wednesday, June 24th 2015
7:00 to 10:00PM
3 Pratt Blvd., Glen Cove, NY 11542
Dinner - Open Bar- Champagne Toast

$125.00 per person

✂------------------------------------------------

Number Attending_____

Please, make checks payable to:
Friends of Tony Gallo
P.O. Box 525
Glen Cove NY 11542
(516) 801-3318
email- tonygalloformayor@gmail.com
★★★
If you are unable to attend, please consider
making a donation.

❑$25 ❑$50 ❑$75  ❑$100 ❑$250
❑$500 ❑$1000
★★★
Paid for by the Friends of Tony Gallo.

