# EXHIBIT E

New York State Board of Elections

Certification for the June 28, 2016 Federal Primary Election



    We, Robert A. Brehm and Todd D. Valentine, being Co-Directors of the New York State Board of Elections, hereby certify that the respective persons hereafter named have been designated by petitions of enrolled voters of the said party as candidates for the several public offices recited and that the names of such candidates are to be placed in the following order on the Federal Primary Ballot of the said party for the Federal Primary Election to be held on JUNE 28, 2016.

---

**OFFICE:** REPRESENTATIVE IN CONGRESS
**PARTY:** DEMOCRATIC
**DISTRICT:** 3rd CD
**COUNTIES:** Part of <u>Nassau</u>, Part of <u>Queens</u> & Part of <u>Suffolk</u>

1. Jon Kaiman                -- Great Neck, NY 11023
2. Steve Stern               -- Dix Hills, NY 11746
3. Jonathan C. Clarke        -- Jericho, NY 11753
4. Thomas R. Suozzi          -- Glen Cove, NY 11542
5. Anna Kaplan               -- Great Neck, NY 11021

---

**OFFICE:** REPRESENTATIVE IN CONGRESS
**PARTY:** DEMOCRATIC
**DISTRICT:** 5th CD
**COUNTIES:** Part of <u>Nassau</u>, Part of <u>Queens</u>

1. Gregory W. Meeks          -- St. Albans, NY 11412
2. Ali A. Mirza              -- Elmont, NY 11003

---

**OFFICE:** REPRESENTATIVE IN CONGRESS
**PARTY:** REFORM
**DISTRICT:** 16th CD
**COUNTIES:** Part of <u>Bronx</u>, & Part of <u>Westchester</u>

1. Opportunity to Ballot

| | | |
|---|---|---|
| **OFFICE:** | REPRESENTATIVE IN CONGRESS | |
| **PARTY:** | REPUBLICAN | |
| **DISTRICT:** | 18th CD | |
| **COUNTIES:** | Orange, Putnam, Part of Dutchess & Part of Westchester | |
| 1. | Phil Oliva | -- Somers, NY 10589 |
| 2. | Kenneth Del Vecchio | -- Warwick, NY 10990 |

| | | |
|---|---|---|
| **OFFICE:** | REPRESENTATIVE IN CONGRESS | |
| **PARTY:** | DEMOCRATIC | |
| **DISTRICT:** | 19th CD | |
| **COUNTIES:** | Columbia, Delaware, Greene, Otsego, Schoharie, Sullivan, Ulster, Part of Broome, Part of Dutchess, Part of Montgomery & Part of Rensselaer | |
| 1. | Will Yandik | -- Hudson, NY 12534 |
| 2. | Zephyr Teachout | -- Dover Plains, NY 12522 |

| | | |
|---|---|---|
| **OFFICE:** | REPRESENTATIVE IN CONGRESS | |
| **PARTY:** | REPUBLICAN | |
| **DISTRICT:** | 19th CD | |
| **COUNTIES:** | Columbia, Delaware, Greene, Otsego, Schoharie, Sullivan, Ulster, Part of Broome, Part of Dutchess, Part of Montgomery & Part of Rensselaer | |
| 1. | Andrew Heaney | -- Millbrook, NY 12545 |
| 2. | John J. Faso | -- Kinderhook, NY 12106 |

| | | |
|---|---|---|
| **OFFICE:** | REPRESENTATIVE IN CONGRESS | |
| **PARTY:** | REPUBLICAN | |
| **DISTRICT:** | 22nd CD | |
| **COUNTIES:** | Chenango, Cortland, Madison, Oneida, Part of Broome, Part of Herkimer, Part of Oswego & Part of Tioga | |
| 1. | George K. Phillips | -- Endicott, NY 13760 |
| 2. | Claudia Tenney | -- Utica, NY 13501 |
| 3. | Steven M. Wells | -- Cazenovia, NY 13035 |

| | |
|---|---|
| **OFFICE:** | REPRESENTATIVE IN CONGRESS |
| **PARTY:** | REFORM |
| **DISTRICT:** | 22nd CD |
| **COUNTIES:** | Chenango, Cortland, Madison, Oneida, Part of Broome, Part of Herkimer, Part of Oswego & Part of Tioga |

1. Claudia Tenney -- Utica, NY  13501
2. Opportunity to Ballot

| | |
|---|---|
| **OFFICE:** | REPRESENTATIVE IN CONGRESS |
| **PARTY:** | Democratic |
| **DISTRICT:** | 24th CD |
| **COUNTIES:** | Cayuga, Onondaga, Wayne & Part of Oswego |

1. Colleen  Deacon -- Syracuse, NY 13224
2. Eric  Kingson -- Manlius, NY 13104
3. Steve Williams -- Baldwinsville, NY 13027

**Dated:  June 2, 2016**

_____                           _____
Robert A. Brehm                                                                                      Todd D. Valentine
Co-Executive Director                                                                          Co-Executive Director