UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

| | | |
|---|---|---|
| PHILIP PIDOT, NANCY HAWKINS and STEVEN AXELMAN, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens Counties within New York State's Third Congressional District, | : : : : : : : | |
| Plaintiffs, | : : | |
| -against- | : : | **No. 16-cv-859 (FJS/CFH)** |
| NEW YORK STATE BOARD OF ELECTIONS; SUFFOLK COUNTY BOARD OF ELECTIONS; NASSAU COUNTY BOARD OF ELECTIONS; BOARD OF ELECTIONS IN THE CITY OF NEW YORK; PETER KOSINSKI and DOUGLAS KELLNER, in their official capacities as Commissioners and Co-Chairs of the New York State Board of Elections; ANDREW J. SPANO and GREGORY P. PETERSON, in their official capacities as Commissioners of the New York State Board of Elections; TODD D. VALENTINE and ROBERT A. BREHM, in their official capacities as Executive Directors of the New York State Board of Elections; and JACK MARTINS. | : : : : : : : : : : : : : : : | **CERTIFICATE OF SERVICE** |
| Defendants. | : | |

------------------------------------------------------------------------

    I, Paul DerOhannesian II, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 5th day of August, 2016, electronically filed the foregoing Notice of Cross-Motion Pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6), Declaration of Paul DerOhannesian II, dated August 5, 2016, together with Exhibits A through G, and Memorandum of Law in Support of Defendant Jack Martins' Cross-Motion Pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6) and in Opposition to Plaintiffs' Motion for Injunctive and Equitable Relief, using the CM/ECF system, which sent notification of such filing to the following:

| | | |
|---|---|---|
| David Simunovich<br>Stroock, Stroock Law Firm<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400<br>Fax: (212) 806-6006<br>dsimunovich@stroock.com | James L. Bernard<br>Stroock, Stroock Law Firm<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5684<br>Fax: (212) 806-2684<br>jbernard@stroock.com | Jerry H. Goldfeder<br>Stroock, Stroock Law Firm<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400<br>Fax: (212) 806-6006<br>jgoldfeder@stroock.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Brian L. Quail<br>New York State Board of Elections<br>40 North Pearl Street, Suite 5<br>Albany, NY 12207-2729<br>(518) 474-6367<br>Fax: (518) 486-4068<br>brian.quail@elections.ny.gov | William J. McCann , Jr.<br>New York State Board of Elections<br>40 Steuben Street<br>Albany, NY 12207<br>(518) 474-2063<br>Fax: (518) 486-6627<br>william.mccann@elections.ny.gov |

*Attorneys for Defendants New York State Board of Elections, Douglas Kellner, Peter Kosinski, Andrew J. Spano, Gregory P. Peterson, Robert A. Brehm and Todd D. Valentine*

| | |
|---|---|
| Christopher A. Jeffreys<br>Suffolk County Attorney's Office<br>100 Veteran's Memorial Highway<br>Hauppauge, NY 11788<br>(631) 853-4049<br>Fax: 631-853-5833<br>christopher.jeffreys@suffolkcountyny.gov | Leonard G. Kapsalis<br>Suffolk County Attorney's Office<br>100 Veteran's Memorial Highway<br>Hauppauge, NY 11788<br>(631) 853-4851<br>Fax: (631) 853-5306<br>leonard.kapsalis@suffolkcountyny.gov |

*Attorneys for Defendant Suffolk County Board of Elections*

Alpa J. Sanghvi
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501
516-571-0179
Fax: 516-571-6684
asanghvi@nassaucountyny.gov

*Attorneys for Defendant Nassau County Board of Elections*

/s/ Paul DerOhannesian II
Paul DerOhannesian II

2