

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU:   TRIAL TERM:   PART 7
-------------------------------------------X
In the Matter of the Application of         INDEX NO.
DOMINIC MACEDO, ROBERT DONNO, MARK          003124/2016
SAUVIGNE, and MARLENE LOBATO,
Objectors,

                    Petitioners,

       -V-

PHILIP M. PIDOT, Candidate, and
GREGORY PETERSON, PETER KOSINSKI,
DOUGLAS KELLNER and ANDREW SPANO,
Commissioners Constituting the
New York State Board of Elections,

                    Respondents.
-------------------------------------------X
-------------------------------------------X
In the Matter of the Application of         INDEX NO.
                                            3448/16
PHILIP M. PIDOT,
Candidate,

                    Petitioner,

       -V-

DOMINIC J. MACEDO, ROBERT DONNO,
MARK S. SAUVIGNE and MARLENE LOBATO,
Objectors, and THE NEW YORK STATE
BOARD OF ELECTIONS,

                    Respondents.
-------------------------------------------X
                        Nassau Supreme Court
                        100 Supreme Court Drive
                        Mineola, New York 11501
                        June 21, 2016

B E F O R E:            THE HONORABLE ARTHUR M. DIAMOND,
                        Justice of the Supreme Court.


(APPEARANCES ARE LISTED ON THE FOLLOWING PAGE.)
                                                      AVS
```

Case 2:16-cv-03527-JFB-ARL Document 24-3 Filed 07/05/16 Page 18 of 354 PageID #: 124
Case 1:16-cv-00859-FJS-CFH Document 55-1 Filed 08/10/16 Page 2 of 6

2

```
A P P E A R A N C E S:
                        SINNREICH, KOSAKOFF & MESSINA, LLP
                        Attorneys for DOMINIC MACEDO,
                        ROBERT DONNO, MARK SAUVIGNE and
                        MARLENE LOBATO
                        267 Carleton Avenue
                        Suite 301
                        Central Islip, New York 11722
             BY:        JOHN CIAMPOLI, ESQ.


                        JOHN E. SWEENEY, ESQ.
                        Attorney for PHILIP M. PIDOT
                        79 Columbia Street
                        Albany, New York 12210



ALSO PRESENT:
Brendan Quinn
E. O'Brien Murray           (Present during afternoon session)
Marco Silva, Esq.           (Present during afternoon session)


                                ANDREA V. SLOBODOW, CSR

                                OFFICIAL COURT REPORTER
```

                        *       *       *

Case 2:16-cv-03527-JFB-ARL Document 24-3 Filed 07/05/16 Page 25 of 195 PageID #: 131
Case 1:16-cv-00859-FJS-CFH Document 55-1 Filed 08/10/16 Page 3 of 6

9

Proceedings

1 primary.

2       In essence, this Court can't order a primary
3 that complies with the New York State Election Law.
4 It can't order a primary which complies with Judge
5 Sharpe's order. It can't order a primary that
6 complies with the federal MOVE Act. That is what
7 Mr. Pidot is asking you to do. He's asking you to
8 break the law. I am confident that you won't break
9 the law, that you won't issue an order that isn't
10 consistent with the law or attempts to reverse a
11 Federal District Judge's order, and that you won't
12 disenfranchise those soldiers and sailors.

13       THE COURT: What do you think was the
14 drop-dead date for --

15       MR. CIAMPOLI: It was in May. I have notes
16 on my desk that reflect the date in May -- and by the
17 way, it was around the time, within a week, I believe,
18 of Judge Adams' order.

19       THE COURT: So anything that occurred after
20 that would have been -- resulted in an illegal
21 election if it was allowed to go forward?

22       MR. CIAMPOLI: At the very least, it would
23 require somebody to go to Judge Sharpe and say: We
24 need an exception from your order. Right now, what
25 they're asking you to do is to have the City of New

Case 2:16-cv-03527-JFB-ARL Document 24-3 Filed 07/05/16 Page 26 of 195 PageID #: 132
Case 1:16-cv-00859-FJS-CFH Document 55-1 Filed 08/10/16 Page 4 of 6

10

Proceedings

1  York, the County of Nassau, and the County of Suffolk
2  hold a primary which would subject them to contempt in
3  Federal District Court.
4      THE COURT: So how come you didn't make the
5  motion a month ago?
6      MR. CIAMPOLI: It hadn't matured. That's
7  the reason why.
8      THE COURT: Well, I just heard you said the
9  drop dead date, where you couldn't have a legal
10 election, was around the time that Adams had his
11 hearing.
12     MR. CIAMPOLI: So --
13     THE COURT: That was around May 6 or 7th, I
14 believe.
15     MR. CIAMPOLI: But he dismissed. He
16 dismissed on the 11th.
17     THE COURT: Right.
18     MR. CIAMPOLI: Okay? I believe there was
19 still time to squeeze in a legal election. Certainly,
20 the publication could have been done. And I believe
21 you still would have had 45 days --
22     THE COURT: And how about when you went to
23 the Appellate Division?
24     MR. CIAMPOLI: I told the Appellate Division
25 it was impossible to do this and they didn't really --

11

Proceedings

1 during argument, and they didn't really listen.
2     THE COURT: Okay.
3     MR. CIAMPOLI: I think that, frankly, as I
4 told you at the beginning of my argument, Justice
5 Adams had a number of motions to dismiss. He ruled on
6 one, didn't have to go to the others because you can't
7 multi-dismiss a case. You can dismiss a case; once
8 it's dismissed, it's dismissed.
9     THE COURT: Okay.
10 So Mr. Sweeney, I assume that you don't have
11 written opposition?
12     MR. SWEENEY: I'm sorry?
13     THE COURT: I assume you don't have written
14 opposition?
15     MR. SWEENEY: I do not, your Honor. We were
16 just notified.
17     MR. CIAMPOLI: And your Honor, I have a copy
18 of the Federal Court order, if the Court needs it.
19     THE COURT: Okay, Mr. Sweeney. Do you want
20 to be heard?
21     MR. SWEENEY: I certainly do, your Honor.
22 Obviously -- well, I oppose this mission to dismiss.
23 First, on the matter of the traverse hearing, that
24 matter was settled last week in the Appellate
25 Division. I think the record will reflect the

AVS

Case 2:16-cv-03527-JFB-ARL Document 24-6 Filed 07/05/16 Page 91 of 91 PageID #: 557
Case 1:16-cv-00859-FJS-CFH Document 55-17 Filed 08/10/16 Page 6 of 6

- Proceedings- 388

```
 1              MR. SWEENEY:  That he use --
 2              THE COURT:  Don't do that in this courtroom,
 3       please.
 4              MR. SWEENEY:  Which caused this delay in the
 5       first instance, your Honor.
 6              THE COURT:  I don't know what caused the
 7       delay.  The time that you spent, both of you, whoever
 8       brought the appeal was an extraordinary amount of time
 9       that went by before the appeal was perfected.
10              Let me tell you this, I'm not going to issue
11       any stay of any elections.  That I won't do.  In other
12       words, your remedy would be the same as anybody else who
13       gets an order here.  You would take that, you would take
14       my order to the Appellate Division or the federal court
15       and apply for a stay from them.  That certainly makes
16       sense to me, but I am not going to issue a stay after I
17       do my decision.
18              One second.
19              (Whereupon, a brief pause was taken in the
20       proceedings.)
21              THE COURT:  Mr. Quail is still there.  He sent
22       me his direct line, but if you -- so I guess then,
23       Mr. Sweeney, I will give you the option of coming back
24       tomorrow or we can do it now with the Board of Elections
25       on the phone.
```