# NEW YORK STATE BOARD OF ELECTIONS

## STATE COMMITTEE LIST    CONSERVATIVE    PARTY

PRIMARY

OFFICE: State Committee

CONGRESSIONAL DISTRICT: 3

OFFICE: State Committee
DISTRICT: 3rd Congressional
PARTY: Conservative
COUNTIES: Part of Nassau & Part of Suffolk & Part of Queens
VOTE FOR: 12 (Twelve)

| # | Name | Address |
|---|---|---|
| 1 | Thomas G. Teresky | 8 Bartel Place -- South Huntington, NY 11746 |
| 2 | John M. Shea | 235 Oakwood Road -- Huntington, NY 11743 |
| 3 | Michael Hughes | 394 McKinley Terrace -- Centerport, NY 11721 |
| 4 | Michael D. O'Donohoe | 8 Seaside Court -- Northport, NY 11768 |
| 5 | Linda Ann O'Donohoe | 8 Seaside Court -- Northport, NY 11768 |
| 6 | Carmine J. Buquicchio | 7 East Lyons Street -- Melville, NY 11747 |
| 7 | Ellen B. Pagano | 70 Colonial Street -- East Northport, NY 11731 |
| 8 | Virginia A. Riekert | 17 Eckert Street -- Huntington Station, NY 11746 |
| 9 | Robert E. Riekert | 133 Burr Road -- East Northport, NY 11731 |
| 10 | Linda D. Thury | 40 Milland Drive -- Northport, NY 11768 |
| 11 | Arthur J. Shea | 109 Norwood Avenue -- Northport, NY 11768 |
| 12 | Dundar Polat | 45 Scudder Avenue -- Northport, NY 11768 |
| 13 | Frank A. Tiniari | 3 Fleetwood Drive -- Huntington, NY 11743 |
| 14 | Marielle R. Tiniari | 3 Fleetwood Drive -- Huntington, NY 11743 |
| 15 | Gary T. Forte | 9 Brewster Avenue -- Fort Salonga, NY 11768 |
| 16 | Michael Helfer | 17 Lucille Lane -- Huntington Station, NY 11746 |
| 17 | Amy H. Hsu | 23 Suncrest Drive -- Dix Hills, NY 11746 |
| 18 | James A. Pascarella | 15 Mayhill Lane -- Dix Hills, NY 11746 |
| 19 | Wanda I. Forte | 9 Brewster Avenue -- Fort Salonga, NY 11768 |
| 20 | John J. Bush | 15-14 200 12th Street -- Queens, NY 11360 |
| 21 | Daniel F. Donovan, Jr. | 1 Sydney Street -- Plainview, NY 11803 |
| 22 | Vincent Ciccolella | 251 Eighth Street -- Bethpage, NY 11714 |
| 23 | Steven Michalowski | 251 Eighth Street -- Bethpage, NY 11714 |
| 24 | John J. Fanning | 30 Peerless Drive -- Oyster Bay, NY 11771 |