Peter S. Kosinski
Co-Chair

Gregory P. Peterson
Commissioner

Todd D. Valentine
Co-Executive Director

Kimberly A. Galvin
Co-Counsel

NEW YORK STATE
Board of Elections

**STATE BOARD OF ELECTIONS**
**40 NORTH PEARL STREET, 5th FLOOR**
**ALBANY, N.Y. 12207-2729**
**Phone: 518/474-1953 Fax: 518/474-1008**
**www.elections.ny.gov**

Douglas A. Kellner
Co-Chair

Andrew J. Spano
Commissioner

Robert A. Brehm,
Co-Executive Director

Brian L. Quail
Co-Counsel

VIA PERSONAL DELIVERY

August 2, 2016

Paul DerOhannesian II
DerOhannesian & DerOhannesian
677 Broadway, Suite 707
Albany, NY 12207

***RE:*** ***Pidot, et al. v. NYSBOE , et al.***
***Dkt No. 16-CV-859***

Dear Mr. DerOhannesian:

As a follow up to our telephone conversation of this morning whereby you consented to a brief extension of time for the New York State Board of Elections (the "Board") to respond until later in the day, enclosed, please find, in response to your Notice to Produce dated July 27, 2016, returnable today, email correspondence between the Board and the United States Department of Justice with regard to New York's Third Congressional District, as well as between the Board and the Federal Voting Assistance Program, regarding same. Also enclosed, please find certified copies of the NYSVoter Voter Data Extract Details and Voter History for Philip M. Pidot, and Nancy T. Hawkins. Please be advised that as to your request for certified copies of the voter registration information for Steven Axelman, there is no applicable NYSVoter record specifically for that name. However, enclosed are such records for a Howard S. Axelman, and an Elliot S. Axelman, both registered as residing at the same address. Upon information and belief, one of these 2 individuals may be the Steven Axelman so named in your request. Please note that NYSVoter is the centralized voter registration database maintained by the Board. Original voter registration materials are maintained by the particular local Boards of Elections, where such records are processed. Certified copies of any such original records would need to be obtained by you from the particular local Boards of Elections.

Please contact me if you have any questions or require any additional information.

Very truly yours,

William J. McCann, Jr.
Deputy Counsel

WJM/

Encs.

cc: (all via electronic mail, with enclosures)

David Simunovich      dsimunovich@stroock.com
James L. Bernard      jbernard@stroock.com
Jerry H. Goldfeder    jgoldfeder@stroock.com
Christopher A. Jeffreys  christopher.jeffreys@suffolkcountyny.gov
Leonard G. Kapsalis   leonard.kapsalis@suffolkcountyny.gov
Danielle R. Smith     danielle@derolaw.com
Paul DerOhannesian , II    paul@derolaw.com, stacey@derolaw.com

**Brehm, Robert (ELECTIONS)**

**From:** Boehmer, Matthew D (Matt) SES DODHRA FVAP (US) <matthew.d.boehmer.civ@fvap.gov>
**Sent:** Thursday, July 21, 2016 3:49 PM
**To:** Brehm, Robert (ELECTIONS)
**Subject:** Re: [Non-DoD Source] NYS 3rd Congressional District Republican Party Litigation

**Categories:** MOVE Act

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Bob:
So glad we connected! I appreciate that we can work these issues together.

Keep me looped in! All the best.

Matt

Matt Boehmer
Director, Federal Voting Assistance Program
Defense Human Resources Activity
Matt.Boehmer@fvap.gov

**From:** Brehm, Robert (ELECTIONS)
**Sent:** Thursday, July 21, 2016 3:45 PM
**To:** Boehmer, Matthew D (Matt) SES DODHRA FVAP (US)
**Subject:** [Non-DoD Source] NYS 3rd Congressional District Republican Party Litigation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Good Afternoon Matt:

The Appellate Division Second Department today declined to order a new primary in the 3rd Congressional District for the Republican Party. A case remains pending in the Northern District of New York federal court seeking the same relief. The case is NDNY Index No. 16-CV-859.

Again, I appreciate you taking the time to discuss this matter with me last Thursday. I will let you know what happens in the Northern District.

Bob Brehm

**Robert A. Brehm**
Co-Executive Director

**New York State Board of Elections**
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
518-474-8100 robert.brehm@elections.ny.gov < Caution-mailto:robert.brehm@elections.ny.gov >

Caution-www.elections.ny.gov

**McCann, William (ELECTIONS)**

**From:** Galvin, Kimberly (ELECTIONS)
**Sent:** Monday, August 01, 2016 10:58 PM
**To:** McCann, William (ELECTIONS); Quail, Brian (ELECTIONS)
**Subject:** Fwd: Pidot Scheduling Order and Denial of Scheduling Order on Motion to Dismiss

Begin forwarded message:

**From:** "McFarland, Ernest A (CRT)" <Ernest.A.McFarland@usdoj.gov>
**Date:** July 26, 2016 at 4:27:51 PM EDT
**To:** "Galvin, Kimberly (ELECTIONS)" <Kimberly.Galvin@elections.ny.gov>
**Cc:** "Dellheim, Richard (CRT)" <Richard.Dellheim@usdoj.gov>
**Subject: RE: Pidot Scheduling Order and Denial of Scheduling Order on Motion to Dismiss**

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Thanks Kim.

Ernest

---

**From:** Galvin, Kimberly (ELECTIONS) [mailto:Kimberly.Galvin@elections.ny.gov]
**Sent:** Tuesday, July 26, 2016 4:21 PM
**To:** Dellheim, Richard (CRT); McFarland, Ernest A (CRT)
**Subject:** Fwd: Pidot Scheduling Order and Denial of Scheduling Order on Motion to Dismiss

FYI

Begin forwarded message:

**From:** "Quail, Brian (ELECTIONS)" <Brian.Quail@elections.ny.gov>
**Date:** July 25, 2016 at 2:45:22 PM EDT
**To:** "Galvin, Kimberly (ELECTIONS)" <Kimberly.Galvin@elections.ny.gov>
**Subject: FW: Pidot Scheduling Order and Denial of Scheduling Order on Motion to Dismiss**

We should send these to DOJ.

Oral argument not scheduled until August 17.

Do you want to send them or shall I.

Thanks.

**Brian L. Quail**
Counsel
**New York State Board of Elections**
40 North Pearl Street – Floor 5
Albany, New York 12207
(518) 474-6367
www.elections.ny.gov

**McCann, William (ELECTIONS)**

| | |
|---|---|
| **From:** | Galvin, Kimberly (ELECTIONS) |
| **Sent:** | Monday, August 01, 2016 10:58 PM |
| **To:** | McCann, William (ELECTIONS); Quail, Brian (ELECTIONS) |
| **Subject:** | Fwd: No signed OTSC |

Begin forwarded message:

> **From:** "McFarland, Ernest A (CRT)" <Ernest.A.McFarland@usdoj.gov>
> **Date:** July 22, 2016 at 6:34:25 PM EDT
> **To:** "Galvin, Kimberly (ELECTIONS)" <Kimberly.Galvin@elections.ny.gov>
> **Subject: Re: No signed OTSC**
>
> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>
> Thanks for the update Kim. Have a great weekend.
>
> Ernest
>
>> On Jul 22, 2016, at 6:15 PM, Galvin, Kimberly (ELECTIONS) <Kimberly.Galvin@elections.ny.gov> wrote:
>>
>> Talk to you Monday.

NYSVoter — New York State Board of Elections

User : S. Generic user (State User)
County : State

**Home**
**Voter Search**
**Voter Data Extract**
**Voter Maintenance**
- Duplicate Management
- Duplicate Voter Recall
- Felon Management
- Deceased Management

**Election Management**
- Create Election
- Election Search
- Election Mapping

**MOVE Reports**
- Pre-Election Application Summary
- Pre-Election Transmittal Summary
- Post-Election Receipt Summary

**Poll Site Survey**
**Election Night Reporting**
**User Administration**
- Change Password

**Reports**
**Help**
- Contents and Index
- Release Notes

**Log Off**

## Voter Data Extract Details

Go Back

[Absentee Info] [Ballot History] [Voter History]

| | | | |
|---|---|---|---|
| **Name** | : PIDOT, PHILIP M | **Residential Address** | : 400 CHAMBERS STREET 21-A MANHATTAN 10282 |
| **Gender** | : M | **Mailing Address** | : |
| **Date of Birth** | : 01/25/1976 | **Political Party** | : REP |
| | | **Email Address** | : |

| | | | |
|---|---|---|---|
| **State ID** | : NY000000000053344777 | **Status** | : Purged |
| **County ID** | : 305475419 | **Status Reason** | : NVRA |
| **County** | : New York | **Status Effective Date** | : 02/23/2015 |
| **Registration Date** | : 05/23/2003 | **NVRA Registration Source** | : Mail-in through USPS |

| | | | |
|---|---|---|---|
| **ID Met** | : Yes | **ID Required** | : No |
| **Other ID Provided** | : No | | |

| | | | |
|---|---|---|---|
| **Election District** | : 2 | **Legislative District** | : 0 |
| **Senate District** | : 26 | **Assembly District** | : 66 |
| **Congressional District** | : 10 | **Town District** | : MANHATTAN |
| **Ward** | : | | |

Signature or mark
X
Not an Official Signature

[Absentee Info] [Ballot History] [Voter History] [Go Back]

New York State BOARD OF ELECTIONS NYSVoter

User : S. Generic user (State User)
County : State

**Home**
**Voter Search**
**Voter Data Extract**
**Voter Maintenance**
- Duplicate Management
- Duplicate Voter Recall
- Felon Management
- Deceased Management

**Election Management**
- Create Election
- Election Search
- Election Mapping

**MOVE Reports**
- Pre-Election Application Summary
- Pre-Election Transmittal Summary
- Post-Election Receipt Summary

**Poll Site Survey**
**Election Night Reporting**
**User Administration**
- Change Password

**Reports**
**Help**
- Contents and Index
- Release Notes

**Log Off**

## Voter History

Go Back

**Name : PIDOT, PHILIP M**

**State ID : NY000000000053344777**

| County | County ID | Election Date | Election Description | Voting Method |
|---|---|---|---|---|
| Nassau | 03836619 | 11/06/2012 | 2012 GENERAL ELECTION | Poll |
| New York | 305475419 | 11/02/2010 | 20101102 GE | Poll |
| New York | 305475419 | 11/04/2008 | 20081104 GE | Poll |
| New York | 305475419 | 02/05/2008 | 20080205 PP | Poll |
| New York | 305475419 | 11/07/2006 | General Election 2006 | Poll |
| New York | 305475419 | 09/12/2006 | City Primary Election 2006 | Poll |
| New York | 305475419 | 11/08/2005 | General Election 2005 | Poll |
| New York | 305475419 | 11/02/2004 | General Election 2004 | Poll |
| New York | 305475419 | 11/04/2003 | General Election 2003 | Poll |

Go Back

New York State BOARD OF ELECTIONS NYSVoter

User : S. Generic user (State User)
County : State

- **Home**
- **Voter Search**
- **Voter Data Extract**
- **Voter Maintenance**
  - Duplicate Management
  - Duplicate Voter Recall
  - Felon Management
  - Deceased Management
- **Election Management**
  - Create Election
  - Election Search
  - Election Mapping
- **MOVE Reports**
  - Pre-Election Application Summary
  - Pre-Election Transmittal Summary
  - Post-Election Receipt Summary
- **Poll Site Survey**
- **Election Night Reporting**
- **User Administration**
  - Change Password
- **Reports**
- **Help**
  - Contents and Index
  - Release Notes
- **Log Off**

## Voter Data Extract Details

Go Back

Absentee Info | Ballot History | Voter History

| | | | |
|---|---|---|---|
| **Name** | : PIDOT, PHILIP M | **Residential Address** | : 23 TAPPENWOOD DR LOCUST VALLY 11560 |
| **Gender** | : M | **Mailing Address** | : |
| **Date of Birth** | : 01/25/1976 | **Political Party** | : REP |
| | | **Email Address** | : |

| | | | |
|---|---|---|---|
| **State ID** | : NY000000000053344777 | **Status** | : Active |
| **County ID** | : 03836619 | **Status Reason** | : |
| **County** | : Nassau | **Status Effective Date** | : |
| **Registration Date** | : 08/14/1996 | **NVRA Registration Source** | : Local Registrar |

| | | | |
|---|---|---|---|
| **ID Met** | : Yes | **ID Required** | : No |
| **Other ID Provided** | : No | | |

| | | | |
|---|---|---|---|
| **Election District** | : 19 | **Legislative District** | : 11 |
| **Senate District** | : 5 | **Assembly District** | : 13 |
| **Congressional District** | : 3 | **Town District** | : GC |
| **Ward** | : 13 | | |

• This is my signature or mark in the box below.
:tion.
• The above information is true, I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.
n
Not an Official Signature
his section in

Absentee Info | Ballot History | Voter History | Go Back

User : S. Generic user (State User)
County : State

**Home**
**Voter Search**
**Voter Data Extract**
**Voter Maintenance**
Duplicate Management
Duplicate Voter Recall
Felon Management
Deceased Management
**Election Management**
Create Election
Election Search
Election Mapping
**MOVE Reports**
Pre-Election Application Summary
Pre-Election Transmittal Summary
Post-Election Receipt Summary
**Poll Site Survey**
**Election Night Reporting**
**User Administration**
Change Password
**Reports**
**Help**
Contents and Index
Release Notes
**Log Off**

## Voter History

Go Back

**Name : PIDOT, PHILIP M**

**State ID : NY000000000053344777**

| County | County ID | Election Date | Election Description | Voting Method |
|---|---|---|---|---|
| Nassau | 03836619 | 04/19/2016 | 2016 PRESIDENTIAL PRIMARY | Poll |
| Nassau | 03836619 | 11/03/2015 | 2015 GENERAL ELECTION | Poll |
| Nassau | 03836619 | 09/10/2015 | 2015 PRIMARY ELECTION | Poll |
| Nassau | 03836619 | 11/04/2014 | 2014 GENERAL ELECTION | Affidavit |
| Nassau | 03836619 | 11/06/2012 | 2012 GENERAL ELECTION | Poll |

Go Back

Voter Details

Page 1 of 1

New York State
BOARD OF ELECTIONS
NYSVoter

User : S. Generic user (State User)
County : State

**Home**
**Voter Search**
**Voter Data Extract**
**Voter Maintenance**
- Duplicate Management
- Duplicate Voter Recall
- Felon Management
- Deceased Management

**Election Management**
- Create Election
- Election Search
- Election Mapping

**MOVE Reports**
- Pre-Election Application Summary
- Pre-Election Transmittal Summary
- Post-Election Receipt Summary

**Poll Site Survey**
**Election Night Reporting**
**User Administration**
- Change Password

**Reports**
**Help**
- Contents and Index
- Release Notes

**Log Off**

## Voter Data Extract Details

Go Back

Absentee Info | Ballot History | Voter History

| | | | |
|---|---|---|---|
| **Name** | : HAWKINS, NANCY T | **Residential Address** | : 123 DUCK POND RD GLEN COVE 11542 |
| **Gender** | : F | **Mailing Address** | : |
| **Date of Birth** | : 03/13/1958 | **Political Party** | : REP |
| | | **Email Address** | : |

| | | | |
|---|---|---|---|
| **State ID** | : NY000000000038443487 | **Status** | : Active |
| **County ID** | : 03657763 | **Status Reason** | : |
| **County** | : Nassau | **Status Effective Date** | : |
| **Registration Date** | : 08/17/1993 | **NVRA Registration Source** | : Local Registrar |

| | | | |
|---|---|---|---|
| **ID Met** | : Yes | **ID Required** | : No |
| **Other ID Provided** | : No | | |

| | | | |
|---|---|---|---|
| **Election District** | : 13 | **Legislative District** | : 11 |
| **Senate District** | : 5 | **Assembly District** | : 13 |
| **Congressional District** | : 3 | **Town District** | : GC |
| **Ward** | : 13 | | |

X
Not an Official Signature
Signature or Mark of Applicant
Date
YOU MUST ALSO SIGN ON REVERSE SIDE

Absentee Info | Ballot History | Voter History | Go Back

https://nysvoter.elections.state.ny.us/vrdbweb/VoterDetail.aspx

7/28/2016

New York State BOARD OF ELECTIONS NYSVoter

User : S. Generic user (State User)
County : State

**Home**
**Voter Search**
**Voter Data Extract**
**Voter Maintenance**
- Duplicate Management
- Duplicate Voter Recall
- Felon Management
- Deceased Management

**Election Management**
- Create Election
- Election Search
- Election Mapping

**MOVE Reports**
- Pre-Election Application Summary
- Pre-Election Transmittal Summary
- Post-Election Receipt Summary

**Poll Site Survey**
**Election Night Reporting**
**User Administration**
- Change Password

**Reports**
**Help**
- Contents and Index
- Release Notes

**Log Off**

## Voter History

Go Back

**Name : HAWKINS, NANCY T**

**State ID : NY000000000038443487**

| County | County ID | Election Date | Election Description | Voting Method |
|---|---|---|---|---|
| Nassau | 03657763 | 04/19/2016 | 2016 PRESIDENTIAL PRIMARY | Poll |
| Nassau | 03657763 | 11/03/2015 | 2015 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 09/10/2015 | 2015 PRIMARY ELECTION | Poll |
| Nassau | 03657763 | 11/04/2014 | 2014 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/05/2013 | 2013 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/06/2012 | 2012 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 09/13/2012 | 2012 PRIMARY ELECTION | Poll |
| Nassau | 03657763 | 09/13/2012 | 2012 PRIMARY ELECTION | Poll |
| Nassau | 03657763 | 06/26/2012 | 2012CONGRESSIONAL PRIMARY | Poll |
| Nassau | 03657763 | 06/26/2012 | 2012CONGRESSIONAL PRIMARY | Poll |
| Nassau | 03657763 | 11/08/2011 | 2011 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 09/13/2011 | 2011 PRIMARY ELECTION | Poll |
| Nassau | 03657763 | 11/02/2010 | 2010 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 09/14/2010 | 2010 PRIMARY ELECTION | Poll |
| Nassau | 03657763 | 11/03/2009 | 2009 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/03/2009 | 2009 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/04/2008 | 2008 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/06/2007 | 2007 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/07/2006 | 2006 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/08/2005 | 2005 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/02/2004 | 2004 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/04/2003 | 2003 GENERAL ELECTION | Poll |
| Nassau | 03657763 | 11/05/2002 | 2002 GENERAL ELECTION | Poll |

Go Back

New York State BOARD OF ELECTIONS NYSVoter

User : S. Generic user (State User)
County : State

- **Home**
- **Voter Search**
- **Voter Data Extract**
- **Voter Maintenance**
  - Duplicate Management
  - Duplicate Voter Recall
  - Felon Management
  - Deceased Management
- **Election Management**
  - Create Election
  - Election Search
  - Election Mapping
- **MOVE Reports**
  - Pre-Election Application Summary
  - Pre-Election Transmittal Summary
  - Post-Election Receipt Summary
- **Poll Site Survey**
- **Election Night Reporting**
- **User Administration**
  - Change Password
- **Reports**
- **Help**
  - Contents and Index
  - Release Notes
- **Log Off**

## Voter Data Extract Details

Go Back

Absentee Info | Ballot History | Voter History

| | | | |
|---|---|---|---|
| **Name** | : AXELMAN, HOWARD S | **Residential Address** | : 166-23 21 AVENUE WHITESTONE 11357 |
| **Gender** | : M | **Mailing Address** | : |
| **Date of Birth** | : 08/22/1958 | **Political Party** | : REP |
| | | **Email Address** | : |

| | | | |
|---|---|---|---|
| **State ID** | : NY000000000035210095 | **Status** | : Active |
| **County ID** | : 306284264 | **Status Reason** | : |
| **County** | : Queens | **Status Effective Date** | : 10/13/2006 |
| **Registration Date** | : 10/13/2006 | **NVRA Registration Source** | : Mail-in through USPS |

| | | | |
|---|---|---|---|
| **ID Met** | : Yes | **ID Required** | : No |
| **Other ID Provided** | : No | | |

| | | | |
|---|---|---|---|
| **Election District** | : 11 | **Legislative District** | : 0 |
| **Senate District** | : 11 | **Assembly District** | : 26 |
| **Congressional District** | : 3 | **Town District** | : WHITESTONE |
| **Ward** | : | | |

Not an Official Signature

Absentee Info | Ballot History | Voter History | Go Back

Voter History

Page 1 of 1

New York State
BOARD OF ELECTIONS
NYSVoter

User : S. Generic user (State User)
County : State

**Home**
**Voter Search**
**Voter Data Extract**
**Voter Maintenance**
Duplicate Management
Duplicate Voter Recall
Felon Management
Deceased Management
**Election Management**
Create Election
Election Search
Election Mapping
**MOVE Reports**
Pre-Election Application Summary
Pre-Election Transmittal Summary
Post-Election Receipt Summary
**Poll Site Survey**
**Election Night Reporting**
**User Administration**
Change Password
**Reports**
**Help**
Contents and Index
Release Notes
**Log Off**

# Voter History

Go Back

**Name : AXELMAN, HOWARD S**

**State ID : NY000000000035210095**

| County | County ID | Election Date | Election Description | Voting Method |
|---|---|---|---|---|
| Queens | 306284264 | 04/19/2016 | 20160419 PP | Poll |
| Queens | 306284264 | 04/19/2016 | 20160419 PP | Poll |
| Queens | 306284264 | 11/04/2014 | 20141104 GE | Poll |
| Queens | 306284264 | 11/05/2013 | 20131105 GE | Poll |
| Queens | 306284264 | 11/06/2012 | 20121106 GE | Poll |
| Queens | 306284264 | 06/26/2012 | 20120626 PR | Poll |
| Queens | 306284264 | 04/24/2012 | 20120424 PP | Poll |
| Queens | 306284264 | 11/08/2011 | 20111108 GE | Poll |
| Queens | 306284264 | 11/02/2010 | 20101102 GE | Poll |
| Queens | 306284264 | 11/04/2008 | 20081104 GE | Poll |
| Queens | 306284264 | 02/05/2008 | 20080205 PP | Poll |
| Queens | 306284264 | 11/07/2006 | General Election 2006 | Poll |

Go Back

https://nysvoter.elections.state.ny.us/vrdbweb/VotingHistory.aspx 7/28/2016

New York State BOARD OF ELECTIONS NYSVoter

User : S. Generic user (State User)
County : State

**Home**
**Voter Search**
**Voter Data Extract**
**Voter Maintenance**
- Duplicate Management
- Duplicate Voter Recall
- Felon Management
- Deceased Management

**Election Management**
- Create Election
- Election Search
- Election Mapping

**MOVE Reports**
- Pre-Election Application Summary
- Pre-Election Transmittal Summary
- Post-Election Receipt Summary

**Poll Site Survey**
**Election Night Reporting**
**User Administration**
- Change Password

**Reports**
**Help**
- Contents and Index
- Release Notes

**Log Off**

## Voter Data Extract Details

Go Back

Absentee Info | Ballot History | Voter History

| | | | |
|---|---|---|---|
| **Name** | : AXELMAN, ELLIOT S | **Residential Address** | : 166-23 21 AVENUE WHITESTONE 11357 |
| **Gender** | : M | **Mailing Address** | : |
| **Date of Birth** | : 04/23/1993 | **Political Party** | : REP |
| | | **Email Address** | : |

| | | | |
|---|---|---|---|
| **State ID** | : NY000000000052323034 | **Status** | : Active |
| **County ID** | : 410894950 | **Status Reason** | : |
| **County** | : Queens | **Status Effective Date** | : 06/14/2011 |
| **Registration Date** | : 06/14/2011 | **NVRA Registration Source** | : Mail-in through USPS |

| | | | |
|---|---|---|---|
| **ID Met** | : Yes | **ID Required** | : No |
| **Other ID Provided** | : No | | |

| | | | |
|---|---|---|---|
| **Election District** | : 11 | **Legislative District** | : 0 |
| **Senate District** | : 11 | **Assembly District** | : 26 |
| **Congressional District** | : 3 | **Town District** | : WHITESTONE |
| **Ward** | : | | |

Sign
an Official Signature

Absentee Info | Ballot History | Voter History | Go Back

New York State BOARD OF ELECTIONS NYSVoter

User : S. Generic user (State User)
County : State

- **Home**
- **Voter Search**
- **Voter Data Extract**
- **Voter Maintenance**
  - Duplicate Management
  - Duplicate Voter Recall
  - Felon Management
  - Deceased Management
- **Election Management**
  - Create Election
  - Election Search
  - Election Mapping
- **MOVE Reports**
  - Pre-Election Application Summary
  - Pre-Election Transmittal Summary
  - Post-Election Receipt Summary
- **Poll Site Survey**
- **Election Night Reporting**
- **User Administration**
  - Change Password
- **Reports**
- **Help**
  - Contents and Index
  - Release Notes
- **Log Off**

## Voter History

Go Back

**Name : AXELMAN, ELLIOT S**

**State ID : NY000000000052323034**

| County | County ID | Election Date | Election Description | Voting Method |
|---|---|---|---|---|
| Queens | 410894950 | 04/19/2016 | 20160419 PP | Poll |
| Queens | 410894950 | 04/19/2016 | 20160419 PP | Poll |
| Queens | 410894950 | 11/04/2014 | 20141104 GE | Poll |
| Queens | 410894950 | 11/06/2012 | 20121106 GE | Poll |
| Queens | 410894950 | 06/26/2012 | 20120626 PR | Poll |
| Queens | 410894950 | 04/24/2012 | 20120424 PP | Poll |
| Queens | 410894950 | 11/08/2011 | 20111108 GE | Poll |

Go Back