UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILIP PIDOT, NANCY HAWKINS and STEVEN
AXELMAN, individually and as representatives of
eligible Republican Party voters in Suffolk, Nassau and : Civil Action No. 16-CV-859-FJS-CFH
Queens Counties within New York's Third Congressional
District,

                                       Plaintiffs,

  -against-

NEW YORK STATE BOARD OF ELECTIONS;
SUFFOLK COUNTY BOARD OF ELECTIONS;
NASSAU COUNTY BOARD OF ELECTIONS; BOARD
OF ELECTIONS IN THE CITY OF NEW YORK;
PETER KOSINSKI and DOUGLAS KELLNER, in their
official capacities as Commissioners and Co-Chairs of the
New York State Board of Elections; ANDREW J.
SPANO and GREGORY P. PETERSON, in their official
capacities as Commissioners of the New York State
Board of Elections; TODD D. VALENTINE and
ROBERT A. BREHM, in their official capacities as Co-
Executive Directors of the New York State Board of
Elections; and JACK MARTINS,

                                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF NANCY HAWKINS**

I, NANCY HAWKINS, hereby declare:

1. I am a Plaintiff in this action and I have personal knowledge of the information set forth herein.

2. I reside in Glen Cove, New York and am an enrolled Republican voter.

3. I am eligible to vote in the Republican primary election in the Third Congressional District.

4. I support Philip Pidot for Congress. I would have voted for him if his name appeared on the ballot for the June 28, 2016 Republican party primary election.

1

5. If given the opportunity to vote in a new Republican party primary election for the 2016 election, I would vote for Mr. Pidot if his name appears on the ballot.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Glen Cove, New York
August 9, 2016

EXECUTED:

_____
NANCY HAWKINS

Sworn to before me this

9th day of August, 2016

_____
Notary Public

CAROL A. COTTON
Notary Public, State of New York
No. 01CO6053476
Qualified in Nassau County
Commission Expires Jan. 08, 20 19

2