UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP PIDOT, NANCY HAWKINS and STEVEN AXELMAN, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens Counties within New York's Third Congressional District, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK STATE BOARD OF ELECTIONS; SUFFOLK COUNTY BOARD OF ELECTIONS; NASSAU COUNTY BOARD OF ELECTIONS; BOARD OF ELECTIONS IN THE CITY OF NEW YORK; PETER KOSINSKI and DOUGLAS KELLNER, in their official capacities as Commissioners and Co-Chairs of the New York State Board of Elections; ANDREW J. SPANO and GREGORY P. PETERSON, in their official capacities as Commissioners of the New York State Board of Elections; TODD D. VALENTINE and ROBERT A. BREHM, in their official capacities as Co-Executive Directors of the New York State Board of Elections; and JACK MARTINS, <br><br> Defendants. | Civil Action No. <br> 1:16-CV-00859-FJS-CFH |

## DECLARATION OF ERNEST A. MCFARLAND

I, Ernest A. McFarland, pursuant to the provisions of 28 U.S.C. §1746, declare as follows:

1. I am an attorney in the Voting Section of the Civil Rights Division of the United States Department of Justice. I represent the United States in this matter. I respectfully submit this declaration in support of the United States' Statement of Interest in the above-referenced action. I am over 18 years of age.

2. I have personal knowledge of the information contained in this declaration based upon my review of relevant records.

3. A copy of the unpublished Supplemental Remedial Order in *United States v. New York*, No. 1:10-cv-1214 (N.D.N.Y. Oct. 29, 2015), ECF No. 88, is attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2016.

                                            ERNEST A. MCFARLAND