UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| PHILIP PIDOT, NANCY HAWKINS and STEVEN AXELMAN, individually and as representatives of eligible Republican Party voters in Suffolk, Nassau and Queens Counties within New York's Third Congressional District, | ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| -against- | ) ) |  |
| NEW YORK STATE BOARD OF ELECTIONS; SUFFOLK COUNTY BOARD OF ELECTIONS; NASSAU COUNTY BOARD OF ELECTIONS; BOARD OF ELECTIONS IN THE CITY OF NEW YORK;)PETER KOSINSKI and DOUGLAS KELLNER, in their official capacities as Commissioners and Co-Chairs of the New York State Board of Elections; ANDREW J. SPANO and GREGORY P. PETERSON, in their official capacities as Commissioners of the New York State Board of Elections; and TODD D. VALENTINE and ROBERT A. BREHM, in their official capacities as Co-Executive Directors of the New York State Board of Elections, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. 16-cv-859 (FJS/CFH)** |
| Defendants, | ) ) |  |
| -and- | ) ) |  |
| JACK MARTINS, | ) ) |  |
| Defendant-Intervenor. | ) ) |  |

_____

      I, Paul DerOhannesian II, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 19th day of August, 2016, electronically filed the foregoing Defendant-Intervenor's Motion For Relief From Judgment and Memorandum of Law using the CM/ECF system, which sent notification of such filing to the following:

| | | |
|---|---|---|
| David Simunovich<br>Stroock, Stroock Law Firm<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400<br>Fax: (212) 806-6006<br>dsimunovich@stroock.com | James L. Bernard<br>Stroock, Stroock Law Firm<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5684<br>Fax: (212) 806-2684<br>jbernard@stroock.com | Jerry H. Goldfeder<br>Stroock, Stroock Law Firm<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400<br>Fax: (212) 806-6006<br>jgoldfeder@stroock.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Brian L. Quail<br>New York State Board of Elections<br>40 North Pearl Street, Suite 5<br>Albany, NY 12207-2729<br>(518) 474-6367<br>Fax: (518) 486-4068<br>brian.quail@elections.ny.gov | William J. McCann , Jr.<br>New York State Board of Elections<br>40 Steuben Street<br>Albany, NY 12207<br>(518) 474-2063<br>Fax: (518) 486-6627<br>william.mccann@elections.ny.gov |

*Attorneys for Defendants New York State Board of Elections, Douglas Kellner, Peter Kosinski, Andrew J. Spano, Gregory P. Peterson, Robert A. Brehm and Todd D. Valentine*

| | |
|---|---|
| Christopher A. Jeffreys<br>Suffolk County Attorney's Office<br>100 Veteran's Memorial Highway<br>Hauppauge, NY 11788<br>(631) 853-4049<br>Fax: 631-853-5833<br>christopher.jeffreys@suffolkcountyny.gov | Leonard G. Kapsalis<br>Suffolk County Attorney's Office<br>100 Veteran's Memorial Highway<br>Hauppauge, NY 11788<br>(631) 853-4851<br>Fax: (631) 853-5306<br>leonard.kapsalis@suffolkcountyny.gov |

*Attorneys for Defendant Suffolk County Board of Elections*

| | |
|---|---|
| Alpa J. Sanghvi<br>Nassau County Attorney's Office<br>1 West Street<br>Mineola, NY 11501<br>516-571-0179<br>Fax: 516-571-6684<br>asanghvi@nassaucountyny.gov | Hilary M. Meltzer<br>New York City Law Department<br>Environmental Law Division<br>100 Church Street<br>New York, NY 10007<br>212-788-1585<br>Fax: 2127881619<br>hmeltzer@law.nyc.gov |

*Attorneys for Defendant Nassau County Board of Elections*   *Attorneys for Defendant Board of Elections in the City of New York*

/s/ Paul DerOhannesian II
Paul DerOhannesian II