

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JANET ZALEON
phone: (212) 356-0860
fax: (212) 356-2509
email: jzaleon@law.nyc.gov
(not for service)

August 25, 2016

By ECF
Hon. Frederick J. Scullin, Jr.
Senior United States District Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

    Re: Pidot v. New York State Bd. of Elections, et al.
       16 CV 0859 (FJS)(CFH)

Dear Judge Scullin:

  This Office represents the defendant Board of Elections in the City of New York ("City Board") in the above-captioned matter.

  The Court has scheduled oral argument on Defendant-Intervenor Jack Martin's Motion to Alter Judgment (dkt. no. 68) for Tuesday, August 30 at 4:00p.m. (dkt. no. 71). The City Board respectfully requests that its appearance at this argument be waived because there are no attorneys in this Office that are both admitted to the Northern District and available to appear at the argument, which will be held 160 miles from the office of the New York City Law Department.

- 2 -

   The City Board has, however, filed papers in response to Defendant-Intervenor's Motion to Alter Judgment, and further respectfully requests that these papers be taken into consideration by the Court in deciding that motion.

               Respectfully,

               /s/

               Janet Zaleon
               Senior Counsel


cc: <u>By ECF</u>
   All Counsel of record