| | | |
|---|---|---|
| **EDWARD P. MANGANO**<br>County Executive |  | **CARNELL T. FOSKEY**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
1 West Street
Mineola, NY 11501
(516) 571-0179

August 26, 2016

*Via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255
Hon. Frederick J. Scullin, Jr.
Senior United States District Judge

Re: *Pidot v. New York State Board of Elections, et. al.*
Docket No.: 16-cv-0859 (FJS) (CFH)

Your Honor,

This letter is submitted on behalf of the defendant Nassau County Board of Elections ("Nassau Board") in the above-referenced matter regarding the oral arguments scheduled for Tuesday, August 30, 2016 at 4:00pm.

The Nassau Board has submitted its response in Docket No. 80 and rests on its submission. Accordingly, I respectfully request a waiver of my appearance at the oral arguments.

Thank you for your consideration of this application.

                                              Respectfully submitted,

                                     By: */s/ Alpa J. Sanghvi*
                                          ALPA J. SANGHVI
                                          Deputy County Attorney