# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. BROWN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

August 26, 2016

Hon. Frederick J. Scullin, Jr.
Senior United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

Re: Pidot v. New York State Board of Elections, et. al.
    Docket No.: 16-cv-0859 (FJS) (CFH)

Dear Judge Scullin,

This office represents the Suffolk County Board of Elections, one of the Defendants in the above-entitled matter.

This Court has scheduled oral argument in connection with the currently pending motions for Tuesday, August 30, 2016 at 4:00 P.M. The Suffolk County Board of Elections takes no formal position with respect to the merits, but has submitted statements from each of the Commissioners in response to the Plaintiffs' Order to Show Cause (Docket Entry No. 82).

Accordingly, the Defendant, Suffolk County Board of Elections, respectfully requests the Court's permission to waive its appearance for oral argument on August 30, 2016.

Thank you for your consideration.

Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney

By:   /s/ *Leonard G. Kapsalis*
      Leonard G. Kapsalis
      Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY
■
MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099
■
(631) 853-4049
TELECOPIER (631) 853-5169