# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

PHILIP PIDOT, NANCY HAWKINS
and STEVEN AXELMAN,

        Plaintiffs,

v.

CASE NUMBER: 1:16-CV-859 (FJS/CFH)

NEW YORK STATE BOARD OF ELECTIONS,
SUFFOLK COUNTY BOARD OF ELECTIONS,
NASSAU COUNTY BOARD OF ELECTIONS,
BOARD OF ELECTIONS IN THE CITY OF NEW
YORK, PETER KOSINSKI, DOUGLAS KELLNER,
ANDREW J. SPANO, GREGORY P. PETERSON,
TODD D. VALENTINE and ROBERT A. BREHM,

        Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment is entered in favor of Defendants and plaintiff's complaint is dismissed.

All of the above pursuant to the Mandate of the Second Circuit Court of Appeals issued the 7th day of October, 2016.

DATED: October 17, 2016

                                              Clerk of Court

                                              Nicole Eallonardo
                                              Deputy Clerk